UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

DAVID LAMONT CONLEY III                                                                    PLAINTIFF
ADC #101068

V.                              No. 1:18CV00058-JM-JTR

KEITH DAY JEROME, Chief of Security;
and STEPHEN WILLIAMS, Warden,
North Central Unit                                                                          DEFENDANTS

## ORDER

The Court has reviewed the Recommendation submitted by United States Magistrate Judge J. Thomas Ray. No objections have been filed. After careful review, the Recommendation is approved and adopted in its entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that:

1. The Complaint is DISMISSED WITHOUT PREJUDICE for failing to state a claim upon which relief may be granted.

2. Dismissal is a "STRIKE," pursuant to 28 U.S.C. § 1915(g).

3. It is CERTIFIED, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith.

Dated this 18th day of June, 2019.

_____
UNITED STATES DISTRICT JUDGE