UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

DAVID LAMONT CONLEY III                                                                       PLAINTIFF
ADC #101068

V.             No. 1:18CV00058-JM-JTR

KEITH DAY JEROME, Chief of Security;
and STEPHEN WILLIAMS, Warden,
North Central Unit                                                                           DEFENDANTS

## JUDGMENT

Consistent with the Order entered separately today, this case is dismissed without prejudice.

Dated this 18th day of June, 2019.

_____
UNITED STATES DISTRICT JUDGE